IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

[NORTHERN DIVISION]                RECEIVED

Frederick Jackson #214603,              )          2006 JUL -5  A 9: 32
Pro/Se Plaintiff                        )
                                        )              DEBRA        CLK
                                        )              U.S. DISTRICT COURT
                                        )              MIDDLE DISTRICT ALA
                                        )
        -Vs-                            )    Case No. 2:06-CV-478-WHA
                                        )
                                        )
CO1 Howard Robinson,et.al.,             )
        Defendant(s)                    )
                                        )
                                        )

---

### MOTION TO SUBMIT PROOF OF COMPLIANCE WITH COURT ORDER

Comes Now,Frederick Jackson,Pro/Se,And from herein known as
the Plaintiff,And Motions this court to allow him to submit
proof of compliance with this courts order to pay a partial
filing fee in the above referenced case number,And In support
thereof,The Plaintiff shows the following:

1.) On June 2,2006,This Honorable Court entered an order,Ordering
this plaintiff to submit a partial filing fee in the above refere-
nced case number.

2.) On June 15,2006,The Alabama Dept.of Corrections,Deducted
$20.00 dollars from this plaintiff's P.M.O.D. account at the
Elmore Correctional Facility,For Case Number **2:06-CV-478-WHA.**

3.) This Plaintiff attaches the Original Reciept,Showing Said
Deduction,And "Court Ordered Payment",Which should relieve this
Plaintiff of responsibility for said Filing Fees.

### CONCLUSION

WHEREFORE,PREMISES CONSIDERED,This Plaintiff prays that this
court will accept the attached Reciept as proof of Compliance,
And order that this case proceed.

Respectfully Submitted, _Frederick Jackson_

                         Frederick Jackson
                         Pro/Se Plaintiff

c.c.-personal file

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
ELMORE CORRECTIONAL FACILITY
INMATE DEPOSITS

RECEIPT#: 2006016241

JUN. 15, 2006

RECEIVED OF: JACKSON FREDRICK          AIS#: 214603          BED ID: B1 130
                                       DEPOSIT SENT BY: MELODY BROWN
                                       DEPOSIT DOCUMENT: US PO MONEY ORD
                                       CASE#: 2006cv478w    DOC.#: 0904703298 6
                                       CASE#: N/A           MAIL LOG#: N/A

$0.03    PREVIOUS BALANCE
$80.00   NET DEPOSIT
$20.00   C.O.P. DEDUCTED
$0.00

$80.03   CURRENT BALANCE          POSTED BY: BARBARA GRIFFIN