**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Richard Allen, Commissioner
101 South Union Street
P.O. Box 301501
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Kay P. Hope*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv478
Pro Se

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☒ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1161

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540