IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK JACKSON, #214603, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06-CV-478-WHA |
| | ) | |
| HOWARD ROBINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR EXTENSION TO FILE
### ANSWER AND SPECIAL REPORT

Comes now Neal P. Conner, Assistant General Counsel for the Department of Corrections and lead attorney in the above styled case and respectfully moves this Court to grant an extension until Monday, August 28, 2006, for the filing of defendant's Answer and Special Report, which is due August 16, 2006.

This attorney's older brother is in the final hours of his losing battle with prostate cancer, which will require counsel's absence from the office for an undetermined, but extended number of days.

Petitioner will not be prejudiced in any way by the granting of such extension.

Respectfully submitted,

KIM T. THOMAS (THO115)
GENERAL COUNSEL


\s\ Neal P. Conner_____
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL   36130-1501
(334) 353-3889

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Frederick Jackson, AIS #214603
    Elmore Correctional Facility
    P.O. Box 8
    Elmore, AL   36025

by placing same in the United States Mail, first class postage prepaid and properly addressed this 15th day of August, 2006.

    \s\ Neal P. Conner_____
    NEAL P. CONNER (CONN2024)
    ASSISTANT GENERAL COUNSEL