IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FREDERICK JACKSON, #214 603          *

    Plaintiff,                              *

    v.                                         *          2:06-CV-478-WHA

COI HOWARD ROBINSON, *et al.*,       *

    Defendants.                            *

_____

**ORDER ON MOTION**

    For good cause shown, it is ORDERED that:

    1. Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

    2. Defendants are GRANTED an extension from August 15, 2006 to August 28, 2006 to file their answer and written report.

    Done, this 17th day of August, 2006.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE