IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FREDERICK JACKSON, #214603,    )
                               )
    Plaintiff,                 )
                               )
vs.                            )   CIVIL ACTION NO. 2:06-CV-478
                               )
HOWARD ROBINSON, et al.,       )
                               )
    Defendants.                )

## AFFIDAVIT

STATE OF ALABAMA        X
                        X
MONTGOMERY COUNTY       X

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Richard F. Allen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Richard F. Allen. I am presently employed as Commissioner of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

I do not know the Plaintiff in this matter and to my knowledge have not had any contact with him. As Commissioner, I do not control the daily operation of Elmore Correctional Facility or other various institutions of the Department, and had no involvement in the alleged incident.



FREDERICK JACKSON, AIS #214603
CIVIL ACTION NO.    2:06-CV-478-WHA

Page 2

I deny that I have violated the Plaintiff's constitutional rights in any way.

*Richard F. Allen*
Richard F. Allen
Commissioner

SWORN TO AND SUBSCRIBED before me this 20th day of July, 2006.

*Eloise L. Urquhart*
NOTARY PUBLIC
MY COMMISSION EXPIRES