IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

FREDERICK JACKSON,

    Plaintiff,

v.                                          Civil Action No. 2:06-CV-478-WHA

CO I HOWARD ROBINSON, et al.,

    Defendants.

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Willie J. Thomas, who being known to me and being by me first duly sworn, deposes and says:

My name is Willie J. Thomas. I am currently employed with the Alabama Department of Corrections as a Warden III at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I hereby certify Department of Corrections Incident Report ECC 06-663 to be a true and correct copy of a document on file at Elmore Correctional Facility.

                                                   _/s/ Willie J. Thomas_
                                                   WILLIE J. THOMAS

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 18th day of July, 2006.

                                                   _/s/ Diane G. Sutherland_
                                                   NOTARY PUBLIC

My Commission expires February 3, 2007



DEFENDANT'S EXHIBIT 2

1

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| 1. Institution: Elmore Correctional Center | 2. Date: 04-26-06 | 3. Time: 7:55a.m. | 4. Incident Number: ECC 06-663 | Class Code: |
|---|---|---|---|---|
| 5. Location Where Incident Occurred: Elmore Recycling Center | | | 6. Type of Incident: Accidental Injury to Self | |
| 7. Time Incident Reported: Approx. 7:55a.m. | | | 8. Who Received Report: Sgt. Robert Esco | |

9. Victims:
a. Jackson, Fredrick — No. B/214603
b.
c.

10. Suspects:
a. n/a

11. Witnesses:
a. n/a

**PHYSICAL EVIDENCE:**

12. Type of Evidence: n/a

13. Description of Evidence: n/a

14. Chain of Evidence: n/a

15. Narrative Summary:

On 4-26-06 at approximately 7:55a.m., inmate Fredrick Jackson, B/214603, informed Officer Howard Robinson, Recycling Officer, that he (inmate Jackson) had gotten his left hand caught in the main incline roller, bottom floor. Officer Robinson observed cuts, scratches, and bruising to the area stated. Inmate Jackson was escorted to ECC Backgate where he was transported to SHCU for medical treatment (see attached Body Chart.) Sgt. Robert Esco was notified of the incident at approximately 8:00a.m. Inmate Jackson was transported back to ECC general population pending further medical treatment.

Howard Robinson, COI

Distribution: ORIGINAL AND ONE (1) COPY to Central I & I Division
COPY to Institutional File
COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Central Records Office

2

**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL ☒ EMERGENCY |
|---|---|---|---|---|
| 4/25/06 | 0815 AM | Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT |

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97.6 ORAL / RECTAL  O2 sat 98  Wt. 220  RESP 20  PULSE 60  BP 144/93  RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS:**
S) Hand caught in a machine

**PHYSICAL EXAMINATION:**
O) Tetanus History unknown. Awake. Alert — Ambulated to ICU c̄ several wounds Lt. Dom. Hand. Crush injury to Index & small fingers. Laceration appx. ½" Base of Middle finger. Avulsion/laceration web space between thumb & index. No tetanus. No loss of sensation in digits. Difficulty moving Lt. index.

**ABRASION ///  CONTUSION #  BURN XX  FRACTURE Z  LACERATION / SUTURES**

(body diagram with hand marks — RIGHT hand circled, PROFILE RIGHT OR LEFT)

**ORDERS / MEDICATIONS / IV FLUIDS:**
| | TIME | BY |
|---|---|---|
| Tetanus Toxoid Im 0.5cc | 8:30A | CJ |
| Antibacterial wound cleanse | 8:30 | CJ |
| Dsg — TAO dsg | 8:30A | CJ |

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 4/25/06 | 8:30 AM | ☒ DOC ☐ AMBULANCE | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

**NURSE'S SIGNATURE:** (signed) **DATE:** 04/25/06
**PHYSICIAN'S SIGNATURE:** (signed) **DATE:** 4/25/06
**CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Jackson, Fredrick
**DOC#:** 214603  **DOB:** 2/1/79  **R/S:** B/M  **FAC.:** EC

PHS-MD-70007  (White — Record Copy, Yellow — Pharmacy Copy)