IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
[NORTHERN DIVISION]

Frederick Jackson #214603,           )
Pro/Se Plaintiff                     )
                                     )
        -Vs-                         )     Case No.2:06-CV-478-WHA
                                     )
                                     )
Howard Robinson,et.al.,              )
        Defendant(s)                 )
                                     )
                                     )

_____

### Unsworn Declaration of :Frederick Jackson
### (28 U.S.C.S. §1746)

I,Frederick Jackson,Hereby Swear and Affirm,That the following is
true and correct,Under Penalty of Perjury.

1.) On April 25th,2006,I was ordered to work in the area where my
hand got caught in a Machine without the proper Guards in Place.

2.) I was given (2) Two Choices,1.) Work in the Area of the
Incline Conveyor,Or,2.) Recieve a disciplinary for refusing to work.

3.) Upon me stumbling over the trash around the Incline Conveyor,
My hand got caught in the Machinery which powers the Incline Con-
veyor,Breaking it in several places,And resulting in numerous cuts.

4.) Also,Upon my hand getting caught in the Machinery,Niether De-
fendant,Howard Robinson nor,Defendant Jerry Miller went to the area
to check on whether the Guard was in place or not.

5.) During this time,The Guard that was supposed to be in place on
the Machinery,Was across the street at the check out gate,Nowhere
near the Recycle Center,Or,The Machine which requires such Guard.

6.) The defendants in this action,Regularly require Inmates to work
in dangerous conditions,Knowing that injury is possible.

7.) Since the Incident which injured my Hand,The guard which belongs
on the Machine,Still has not been replaced.

I swear and affirm the foregoing is true and correct,Under Penalty
of perjury.

_Frederick Jackson_
Frederick Jackson #214603
Pro/Se Plaintiff