IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK JACKSON, #214603, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv478-WHA |
| ) | |
| HOWARD ROBINSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), entered on November 29, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

DONE this 14th day of December, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE